No. D–2073. IN RE DISBARMENT OF NUNES, *ante*, p. 801. Petition for reconsideration denied.

No. 99M68. ELJACK *v.* HAMMOUND. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 99–62. SANTA FE INDEPENDENT SCHOOL DISTRICT *v.* DOE, INDIVIDUALLY AND AS NEXT FRIEND FOR HER MINOR CHILDREN, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1002.] Motion of Marian Ward for leave to intervene denied.

No. 99–6704. BURGESS *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. Ct. App. Ore. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1069] denied.

No. 99–7814. IN RE DAVAGE. Petition for writ of mandamus denied.

No. 99–936. FERGUSON ET AL. *v.* CITY OF CHARLESTON ET AL. C. A. 4th Cir. Motion of American Public Health Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 99–696. AMERICAN GRAIN TRIMMERS, INC., ET AL. *v.* OFFICE OF WORKERS' COMPENSATION PROGRAMS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–729. CITY OF WEST HAVEN ET AL. *v.* THOMAS ET AL. Sup. Ct. Conn. Certiorari denied.

No. 99–765. CSC CONSULTING, INC. *v.* TINGLEY SYSTEMS, INC. C. A. 1st Cir. Certiorari denied.

No. 99–809. LATRIESTE RESTAURANT & CABARET, INC., DBA THE DIAMOND CLUB *v.* VILLAGE OF PORT CHESTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–855. RAY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.